DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLGA FARRAKHOVA** o/b/o **K.F.,** a minor**,**
Appellants,

v.

**RITA CORONA,**
Appellee.

No. 4D2025-0384

[August 13, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ori F. Silver, Judge; L.T. Case No. 502024SC000942.

Olga Farrakhova, Boca Raton, pro se.

No appearance for Appellee.

PER CURIAM.

*Affirmed.  See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

KUNTZ, C.J., GROSS and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***